IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN F. TERRAZAS and CLAUDALE M. ARTERBURN, as Guardian and Conservator of BRIAN D. ARTERBURN, an adult with an impairment,<br><br>Defendants. | Case No. 6:19-cv-01275 |

**PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY'S
DISCLOSURE OF CORPORATE INTERESTS**

COMES NOW Plaintiff Zurich American Insurance Company, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, states as follows for its Disclosure of Corporate Interests:

Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Dated October 15, 2019.

        Respectfully submitted,

        **KUTAK ROCK LLP**

        */s/ Larry D. Fields*
        Larry D. Fields    KS #15753
        Meredith A. Webster    KS #25103
        Two Pershing Square, Suite 800
        2300 Main Street
        Kansas City, MO  64108
        (816) 960-0090
        (816) 960-0041 (Facsimile)
        larry.fields@kutakrock.com
        meredith.webster@kutakrock.com
        **ATTORNEYS FOR PLAINTIFFS ZURICH AMERICAN INSURANCE COMPANY AND AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**